

**F I L E D**

JUL 1 5 2008
JUL 15 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Page 2

### UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
### SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | Northern District of Illinois |
|---|---|
| Name (under which you were convicted): | James Rayford |
| Place of Confinement: FCI Pekin | Prisoner No. 04976-025 |

| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
|---|---|
| v. | James Rayford |

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   United States District Court Northern Illinois
   219 S. Dearborn Street Chicago, Il 60604

   (b) Criminal docket or case number (if you know): _____

2. (a) Date of the judgment of conviction (if you know): August 21st 2007

   (b) Date of sentencing: August 21st 2007

3. Length of sentence: 36 months

4. Nature of crime (all counts): Violations of Supervised Release

_____

**08CV3998**

**JUDGE CONLON**

**MAG. JUDGE VALDEZ**

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐     (2) Guilty ☐     (3) Nolo contendere (no contest) ☑

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count
   or indictment, what did you plead guilty to and what did you plead not guilty to? N/A

6. If you went to trial, what kind of trial did you have? (Check one)     Jury ☐     Judge only ☐

Page 3

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☑

8.  Did you appeal from the judgment of conviction?    Yes ☐    No ☑

9.  If you did appeal, answer the following:

(a) Name of court: _____ N/A _____ N/A _____ N/A

(b) Docket or case number (if you know): _____

(c) Result: _____ N/A

(d) Date of result (if you know): _____ N/A

(e) Citation to the case (if you know): _____ N/A

(f) Grounds raised: _____ N/A

_____

_____

_____

_____

_____

(g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☑

If "Yes," answer the following:

(1) Docket or case number (if you know): _____ Ob-CR-00343

(2) Result: _____

(3) Date of result (if you know): _____ N/A    N/A

(4) Citation to the case (if you know): _____ N/A

(5) Grounds raised: _____

_____

_____

_____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes ☐    No ☑

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _____ N/A

(2) Docket or case number (if you know): _____ N/A    N/A

(3) Date of filing (if you know): _____ N/A

Page 4

(4) Nature of the proceeding: N/A

(5) Grounds raised: N/A

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐ No ☑

(7) Result: N/A

(8) Date of result (if you know): N/A

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: N/A

(2) Docket or case number (if you know): N/A

(3) Date of filing (if you know): N/A

(4) Nature of the proceeding: N/A

(5) Grounds raised: N/A

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐ No ☑

(7) Result: N/A

(8) Date of result (if you know): N/A

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:   Yes ☐ No ☑

(2) Second petition:   Yes ☐ No ☑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: 2255 WAS the proper venue to file appeal

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** Ineffective Assistance of counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Counsel failed to object to sentence that was well above of the guidline range.

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☑

(2) If you did not raise this issue in your direct appeal, explain why: 2255 WAS the proper venue to file appeal cause counsel didn't preserve error for direct appeal.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ N/A _____

Name and location of the court where the motion or petition was filed: _____ N/A _____

Page 6

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ N/A _____

_____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____ N/A _____

_____

_____

_____

GROUND TWO: Ineffective Assistance of counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel advised me to plead guilty and not contest charges that were dismissed against me in State Court.

_____

_____

_____

_____

**(b) Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☑

(2) If you did not raise this issue in your direct appeal, explain why: N/A
2255 was the proper venue. Counsel didn't present sentencing error.

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____N/A_____

Name and location of the court where the motion or petition was filed: _____N/A_____

Docket or case number (if you know): _____N/A_____

Date of the court's decision: _____N/A_____

Result (attach a copy of the court's opinion or order, if available): _____N/A_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐    No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____N/A_____

Docket or case number (if you know): _____N/A_____

Date of the court's decision: _____N/A_____

Result (attach a copy of the court's opinion or order, if available): _____N/A_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

**GROUND THREE:** Ineffective Assistance of counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Counsel failed to call witness that movant informed her about that would testify on the movants behalf.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☑

(2) If you did not raise this issue in your direct appeal, explain why: N/A 2255 was the proper venue for ineffective assistance of counsel.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☑

(2) If your answer to Question (c)(1) is "Yes," state: N/A

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Page 9

Result (attach a copy of the court's opinion or order, if available): _N/A_

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐   No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _N/A_

_____

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available): _N/A_

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or
raise this issue: _N/A_

_____

_____

**GROUND FOUR:** Court used inproper information to sentence movant.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel gave false information to court about movant status of cal. offenddert. Counsel informed court that the movant missed drug/alch evaluation because movant was kicked out of nashun house dropstat. When in fact movant was put on job development class.

_____

_____

_____

(b) **Direct Appeal of Ground Four:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?

    Yes ☐ No ☒

  (2) If you did not raise this issue in your direct appeal, explain why: *N/A*

  *2255 was the proper venue, counsel didn't preserve error.*

(c) **Post-Conviction Proceedings:**

  (1) Did you raise this issue in any post-conviction motion, petition, or application?

    Yes ☐ No ☒

  (2) If your answer to Question (c)(1) is "Yes," state:

  Type of motion or petition: _____ *N/A* _____

  Name and location of the court where the motion or petition was filed: _____ *N/A* _____

  Docket or case number (if you know): _____ *N/A* _____

  Date of the court's decision: _____ *N/A* _____

  Result (attach a copy of the court's opinion or order, if available): _____ *N/A* _____

  (3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐ No ☒

  (4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐ No ☒

  (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐ No ☒

  (6) If your answer to Question (c)(4) is "Yes," state:

  Name and location of the court where the appeal was filed: _____ *N/A* _____

  Docket or case number (if you know): _____ *N/A* _____

  Date of the court's decision: _____ *N/A* _____

  Result (attach a copy of the court's opinion or order, if available): _____ *N/A* _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __N/A_____

_____

_____

_____

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: __N/A_____

_____

_____

_____

_____

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?     Yes ☐   No ☑
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ____N/A_____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: KELL AMBROSIO- LAW Offices Of KELL Ambrosio 53 WEST JACKSON BOULEVARD SUITE 1220 CHICAGO, IL 60604
(b) At arraignment and plea: KELL AMBROSIO- LAW offices of KELL AMBROSIO 53 WEST JACKSON BOULEVARD SUITE 1220 CHICAGO, IL 60604
(c) At trial: _____
(d) At sentencing: KELL AMBROSIO-LAW offices of KELL Ambrosio 53 WEST JACKSON BOULEVARD SUITE 1220 CHICAGO, IL 60604

Page 12

(e) On appeal: ___N/A_____

_____

(f) In any post-conviction proceeding: ___N/A_____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: ___N/A___

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ☑ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☐ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ___N/A_____

_____

(b) Give the date the other sentence was imposed: ___N/A_____

(c) Give the length of the other sentence: ___N/A_____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?     Yes ☐  No ☑

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* N/A

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

    A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

        (1) the date on which the judgment of conviction became final;

        (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

        (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Ground five: Ineffective Assistance of Counsel
Counsel never informed movant that he would be sentenced on August 21st 2007. Movant was told that he was going to a hearing to determine if his supervised release should be revoked. Hearing was scheduled on August 9th 2007, with no mention of sentence to be determined. See Criminal Docket for Case number 1:06-CR-00343 number 11. This provided movant with no chance to provide mitigating factors, such as four of movants family members being murdered on seperate occasions by gun violence because of heavy gang war, including movants first cousin a 22 yrs. old female who was pregnant when she was shot and killed. Also movants 9 yrs. old daughter was hospitalized for trauma not being able to sleep and nightmares because of being a witness to movants youngest cousin a 17 yrs old high school student being gunned down while playing with movants daughter in front yard. All incidents were seperate and movants P.O. Ms. Lisa Kristie was aware of all incidents including movants childhood friend while movant was in CCC placement. Movant worked the childhood friends father while on supervised release doing general labor for construction company. Movants childhood friend was killed in robbery attempt while going to cash his check. All incidents and more were reported to Probation Officer with proof of all incidents.

Page 14

Therefore, movant asks that the Court grant the following relief: _Correction of Sentence,_
_Vacate Sentence, Sentencing Hearing,_ _____

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _7-10-08_
_____ (month, date, year).

Executed (signed) on _7-10-08_____ (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not
signing this motion. _____
_____
_____
_____

* * * * *

# Certificate of Completion

James Rayford

James Rayford has completed the requirements for the

# Certificate of Completion

*Let it be known that*

## James Rayford

*has successfully completed 12 weeks of*

**Non-Residential Drug Abuse Treatment**

*April 2008*

M. Gillum, M.S., Drug Treatment Specialist

# Certificate of Completion

Let it be known that

## James Rayford

Is hereby awarded for successfully completing
all requirements set forth for the
_____ program_____

### one hundred promotional songs

January 2008

_____
Dr. Weiner, FCI Pekin Psychologist

# Certificate of Completion

This certificate is presented to

## James Rayford

For completion of

## CDL Information

*Inmate taught continuing education class*

Consisting of 12 hours of instruction

On this 26th day of February, 2008

Federal Correctional Institution

Pekin, IL



_____
C. Jones, ACE Coordinator

_____
William Creek, SOE

# Certificate of Completion

This certificate is presented to

## James Rayford

For completion of

## Start Your Own

## Business

Inmate taught continuing education class

Consisting of 12 hours of instruction

On this 8th day of January, 2008

Federal Correctional Institution

Pekin, IL



_C. Jones, ACE Coordinator_

_William Creek, SOE_



# Certificate of Completion

This certificate is presented to

## James Rayford

For completion of

## Real Estate Investing

*Inmate taught continuing education class*

Consisting of 12 hours of instruction

On this 8th day of January, 2008

Federal Correctional Institution

Pekin, IL

_____
C. Jones, ACE Coordinator

_____
William Creek, SOE

This certificate is presented to

## James Rayford

For completion of

## Basic Stock Market

Inmate taught continuing education class

Consisting of 12 hours of instruction

On this 7th day of January, 2008

Federal Correctional Institution

Pekin, IL

_William Creek, SOE_

_C. Jones, ACE Coordinator_

"Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth." 2 Timothy 2:15

# Certificate of Completion

### THIS IS TO CERTIFY THAT

## James Rayford

### WAS AWARDED THIS CERTIFICATE FOR SUCCESSFULLY COMPLETING
### THE BIBLE STUDY COURSE

## Faith

ON THIS    **24th**    DAY OF    **December, 2007**

GRADE    **105%**    **A+**

### THIS CERTIFICATE IS PRESENTED BY
### The Rock of Ages Prison Ministry






*James E. Jones*
Rock of Ages Representative

Midwest Regional Director
Title



# Certificate of Achievement

This certificate is presented to

**James Rayford**

for having satisfactorily completed the self-study course entitled

**The Death and Rising of Jesus Christ**

_6-6-08_
Date Issued

_Sean S. Brown_
Director

**WISCONSIN EV. LUTHERAN SYNOD**
Commission on Special Ministries
Institutional Ministries Committee
2929 N. Mayfair
Milwaukee, Wisconsin 53222

WELS

# Certificate of Achievement

This certificate is presented
to

*James Rayford*

for having satisfactorily completed the self-study course entitled

## A Bible Handbook

10-16-01
Date Issued

*Susan S. Brands*
Director

**WISCONSIN EV. LUTHERAN SYNOD**
Commission on Special Ministries
Institutional Ministries Committee
2929 N. Mayfair
Milwaukee, Wisconsin 53222

WELS

# Certificate of Achievement

This certificate is presented

to

## James Rayford

for having satisfactorily completed the self-study course entitled

## JESUS THE CHRIST



_Leon J. Brandt_

Director

9-25-01
Date Issued



**WISCONSIN EV. LUTHERAN SYNOD**
Commission on Special Ministries
Institutional Ministries Committee
2929 N. Mayfair
Milwaukee, Wisconsin 53222

"Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth." 2 Timothy 2:15

# Certificate of Completion

THIS IS TO CERTIFY THAT

## James Rayford

WAS AWARDED THIS CERTIFICATE FOR SUCCESSFULLY COMPLETING
THE BIBLE STUDY COURSE

### Assurance

ON THIS    **22nd**    DAY OF    **October, 2007**

GRADE    **101%**    **A+**

THIS CERTIFICATE IS PRESENTED BY
The Rock of Ages Prison Ministry





_James E. Jones_
Rock of Ages Representative

Midwest Regional Director
Title

"Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth." 2 Timothy 2:15

# Certificate of Completion

### THIS IS TO CERTIFY THAT

## James Rayford

### WAS AWARDED THIS CERTIFICATE FOR SUCCESSFULLY COMPLETING
### THE BIBLE STUDY COURSE

## Repentance

ON THIS   **24th**   DAY OF   **December, 2007**

GRADE   **101%**   **A+**

### THIS CERTIFICATE IS PRESENTED BY
### The Rock of Ages Prison Ministry

*James E. Jones*
Rock of Ages Representative

**Midwest Regional Director**
Title





*"Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth." 2 Timothy 2:15

# Certificate of Completion

### THIS IS TO CERTIFY THAT

## James Rayford

### WAS AWARDED THIS CERTIFICATE FOR SUCCESSFULLY COMPLETING
### THE BIBLE STUDY COURSE

## Regeneration

ON THIS    **24th**    DAY OF    **December, 2007**

GRADE    **105%**    **A+**

### THIS CERTIFICATE IS PRESENTED BY
### The Rock of Ages Prison Ministry

*James E. Jones*
Rock of Ages Representative

Midwest Regional Director
Title

"Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth." 2 Timothy 2:15

# Certificate of Completion

THIS IS TO CERTIFY THAT

## James Rayford

WAS AWARDED THIS CERTIFICATE FOR SUCCESSFULLY COMPLETING
THE BIBLE STUDY COURSE

### That Ye May Know

ON THIS   **2nd**   DAY OF   **October, 2007**

GRADE   *100%*   **A**

THIS CERTIFICATE IS PRESENTED BY
The Rock of Ages Prison Ministry

*James E. Jones*
Rock of Ages Representative

Midwest Regional Director
Title

