# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3998 (06 CR 343) | **DATE** | 7/22/2008 |
| **CASE TITLE** | United States of America vs. James Rayford | | |

**DOCKET ENTRY TEXT**

The clerk's office has given the court notice of a deficiency in defendant's filing of a motion attacking his sentence under 28 U.S.C. § 2255. Defendant only sent the clerk the original motion, and failed to provide the clerk with copies to serve on the United States Attorney and a courtesy copy for the court. Defendant must provide copies of his filings in order for his motion to be considered.

*Suzanne B. Conlon*

Docketing to mail notices.

| | Courtroom Deputy Initials: | WH |
|---|---|---|