## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3998 (06 CR 343) | **DATE** | 8/5/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. JAMES RAYFORD | | |

**DOCKET ENTRY TEXT**

Defendant's § 2255 motion attacking his sentence is taken under advisement. The government shall respond by September 16, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|